**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **TARIQ MAHMUD** | **CIVIL ACTION NO. 26-0107 - P** |
| **VS.** | |
| | **JUDGE JERRY EDWARDS, JR.** |
| **WARDEN RIVER CORRECTIONAL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |
| **CENTER, ET AL.** | |

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Tariq Mahmud's petition for habeas corpus is **GRANTED**: Respondents, and the Warden of River Correctional Center, shall (A) immediately release Petitioner from custody without bond, under reasonable conditions of supervision if necessary and (B) if Petitioner has family and/or an emergency contact on record, notify them of the exact location and time of his release.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any possible or anticipated removal or transfer of Petitioner under this present detention is **PROHIBITED**.[1] Respondents shall, within **24 hours** after Petitioner's release, file a status report confirming his release.

ALEXANDRIA, LOUISIANA, this 18th day of June, 2026.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE

---

[1] In other words, it is the intent of the Court that Petitioner shall not be released only to be immediately taken back into custody. The Court expresses no opinion as to whether Petitioner could or should be taken into custody at a later date if travel documents were to be obtained.